WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-16-08242-002-PCT-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| Cordell Riley Benson, | |
| Defendant. | |

Defendant appeared in court with counsel. The defendant's probable cause hearing was waived, and the detention hearing was held on the record including a proffer by defendant counsel. The Court finds probable cause to believe the defendant violated the terms of his supervised release as alleged in the petition. The Court further finds, pursuant to Rule 32.1(a)(1), that defendant has shown by clear and convincing evidence that he is not a flight risk or a danger if and only if he qualifies for, is accepted to, and abides by the program requirements of Crossroads in Phoenix, Arizona or other facility as designated by the Probation Office.

**IT IS HEREBY ORDERED** the defendant shall be bound over for further proceedings on the petition to revoke his supervised release.

**IT IS FURTHER ORDERED** the defendant is detained as a flight risk and danger pending further revocation proceedings unless he qualifies for placement, and in that event, defendant shall be released to placement upon previously ordered conditions of supervised release ordered on February 26, 2018 by this Court.

**FURTHER ORDERED** the defendant shall participate in and follow, all program requirements including the directions of all staff members.

**FURTHER ORDERED** the defendant be required to make a copayment to an amount to be determined by the Pretrial Services Officer but in no event to be more than 50% of net income to the halfway house each pay period until placement is terminated.

**FURTHER ORDERED** the defendant shall submit to drug and/or alcohol treatment, not limited to urinalysis and Breathalyzer tests, at the discretion of Pretrial Services. The defendant shall make a copayment directly to the agency contracted by Pretrial Services to provide any required counseling or drug testing, in an amount to be determined by Pretrial Services, not to exceed the total cost of services rendered, each month until these services are terminated.

**FURTHER ORDERED** upon successful completion of the halfway house program, the defendant shall reside at a residence approved by Pretrial Services.

The U.S. Marshals Service is authorized, if requested by pretrial services and the program director or an authorized staff member, to remove the Defendant from the program for noncompliance during evenings, weekends and holidays and place Defendant in temporary custody pending court proceedings. Pretrial Services shall file a petition to revoke pretrial release within twenty-four hours of Defendant's removal from the program.

**IT IS FURTHER ORDERED** that should defendant no so qualify for placement, the release conditions set by this Court shall be vacated and defendant shall be detained pending revocation proceedings.

Dated this 23rd day of October, 2019.

Honorable D. Thomas Ferraro
United States Magistrate Judge